**Debtor: Lupatech S.A.**

# EXHIBIT 1

**Pending Bankruptcy Cases Filed by Affiliates of the Debtor:**

Concurrently herewith, each of the Debtor's affiliates listed below filed a petition with the Court for relief under chapter 15 of title 11 of the United States Code:

>Jefferson Solenoidbras Ltda;
>Lupatech – Equipamentos e Serviços para Petróleo Ltda;
>Lupatech Finance Limited; and
>Mipel Indústria e Comércio de Válvulas Ltda.

Contemporaneously with the filing of their voluntary petitions, the Debtor and each of its affiliated debtors listed above filed a motion requesting that the Court consolidate their chapter 15 cases for procedural purposes only.

**Street Address of Debtor:**

Building C, Rodovia Anhanguera, Km 199 at Rua Arnaldo J. Mauerberg, Distrito Industrial, 13460-000, Nova Odessa – SP, Brazil.

**All Other Names used by the Debtor in the last 8 years:**

Cordoaria São Leopoldo Offshore S.A.; Metalúrgica Ipê Ltda; Metalúrgica Nova Americana Ltda; and Valmicro Indústria e Comércio de Válvulas Ltda.

**Debtor: Lupatech S.A.**

SHEARMAN & STERLING LLP
Douglas P. Bartner
Robert A. Britton
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                         :    Chapter 15
                                               :
**LUPATECH S.A.,**[1]                          :    Case No. 14-_____ (__)
                                               :
   **Debtor in a Foreign Proceeding.**         :
                                               :
---------------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT**
**OF LUPATECH S.A. PURSUANT TO**
**BANKRUPTCY RULES 1007(a)(4) AND 7007.1 AND LOCAL RULE 1007-3**

As of April 18, 2014, the corporations listed below directly or indirectly own 10% or more of the only outstanding class of equity interests in the Debtor.

| Corporation Name | Percentage Ownership |
|---|---|
| Fundação Petrobras de Seguridade Social – PETROS | 24.25% |
| Oil Field Services Holdco LLC | 15.86% |

---

[1] The last four digits of the Taxpayer Registration Number or Tax ID for Lupatech S.A. are "01-12." The Debtor's executive headquarters is located at Building C, Rodovia Anhanguera, Km 199 at Rua Arnaldo J. Mauerberg, Distrito Industrial, 13460-000, Nova Odessa – SP, Brazil.

Debtor: Lupatech S.A.

## VERIFICATION OF CHAPTER 15 PETITION

Pursuant to 28 U.S.C. § 1746, Ricardo Doebeli declares as follows:

I am the authorized foreign representative of Lupatech S.A. (the "**Debtor**"). I have full authority to verify the foregoing chapter 15 petition for recognition of a foreign main proceeding, including each of the attachments and appendices thereto, and I am informed and believe that the allegations contained therein are true and accurate to the best of my knowledge, information, and belief. True and correct copies of the Interlocutory Decision commencing the Debtor's foreign proceeding, the Publication Order directing publication of notice of the Debtor's foreign proceeding, and the resolutions appointing me as the Debtor's foreign representative in these chapter 15 proceedings are attached to the *Declaration of Ricardo Doebeli in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of a Foreign Proceeding, and (III) Certain Related Relief*, which was filed with the Court contemporaneously herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of May, 2014.

By: Ricardo Doebeli
As: Authorized Foreign Representative of the Debtors