SHEARMAN & STERLING LLP
Douglas P. Bartner
Robert A. Britton
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for the Foreign Representative*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re:** | : | **Chapter 15** |
| | : | |
| **LUPATECH S.A., et al.,**[1] | : | **Case No. 14-11559 (SMB)** |
| | : | |
| | : | **(Joint Administration Pending)** |
| **Debtors in a Foreign Proceeding.** | : | |
| | : | |

----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 27, 2014 AT 2:00 P.M. EST**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Courtroom 723.

**INTRODUCTION**

Set forth below is the agenda (the "**Agenda**") for the hearing in the above-captioned cases scheduled for May 27, 2014, at 2:00 p.m. EST (the "**Hearing**"). The information contained in this Agenda reflects documents filed in the above-captioned chapter 15 cases as of the date hereof.

**UNCONTESTED MATTERS**

1. Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of a Foreign Proceeding [Docket No. 6].

---

[1] The last four digits of the Taxpayer Registration Number or Tax ID, as applicable, of each of the Debtors follow in parentheses: (a) Lupatech S.A. (01-12); (b) Jefferson Solenoidbras Ltda (01-52); (c) Lupatech – Equipamentos e Serviços para Petróleo Ltda (01-04); (d) Lupatech Finance Limited (none); and (e) Mipel Indústria e Comércio de Válvulas Ltda (01-00). The Debtors' collective executive headquarters is located at Building C, Rodovia Anhanguera, Km 199 at Rua Arnaldo J. Mauerberg, Distrito Industrial, 13460-000, Nova Odessa – SP, Brazil.

Response Deadline: N/A

Status: This matter is going forward with respect to the provisional relief requested therein only.

2. Foreign Representative's Motion for an Order Directing Joint Administration of the Debtors' Chapter 15 Cases [Docket No. 2].

    Response Deadline: N/A

    Status: This matter is going forward.

3. Foreign Representative's Motion for an Order Authorizing the Filing of a Consolidated List of Foreign Proceeding Administrators, Litigation Parties, and Entities Against Whom Provisional Relief is Sought [Docket No. 4].

    Response Deadline: N/A

    Status: This matter is going forward.

4. Foreign Representative's Motion for Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice [Docket No. 5].

    Response Deadline: N/A

    Status: This matter is going forward.

**RELATED FILINGS**

a. Declaration of Ricardo Doebeli in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Proceeding, and (III) Certain Related Relief [Docket No. 8].

b. Foreign Representative's Statement in Support of Chapter 15 Petitions for Recognition of Foreign Proceeding [Docket No. 3].

c. Affidavit of Douglas P. Bartner, Esq., in Support of Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of a Foreign Proceeding [Docket No. 9].

| | |
|---|---|
| Dated: New York, New York<br>May 23, 2014 | Respectfully submitted,<br><br>SHEARMAN & STERLING LLP<br><br>/s/ Douglas P. Bartner<br>Douglas P. Bartner<br>Robert A. Britton<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 848-4000<br>Facsimile:  (646) 848-8174<br><br>*Attorneys for the Foreign Representative* |