IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                              :    Chapter 15
                                                    :
**Lupatech S.A.,** *et al.,* [1]                    :    Case No. 14-11559 (SMB)
                                                    :
    **Debtors in a Foreign Proceeding.**            :    (Joint Administration Pending)
                                                    :
---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Scott Bogucki, being duly sworn, depose and state:

1.     I am a Senior Project Manager with The Garden City Group, Inc. ("GCG"), the noticing agent of the debtors in the above-captioned proceeding (the "Debtors"). Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     Between the evening of May 22, 2014 and the morning of May 23, 2014, at the direction of Shearman & Sterling LLP, counsel to the Debtors, I caused a true and correct copy of the following document to be served by email on the parties identified on Exhibit A annexed hereto (Core Service Group), by overnight delivery on the parties identified on Exhibit B annexed hereto (Internal Revenue Service and Core Service Group entities with failed email addresses), and by hand delivery to the party identified on Exhibit C annexed hereto (United States Trustee):

- **Chapter 15 Petition for Recognition of Foreign Proceeding**, as filed in each of the Debtors' cases [Doc. No. 1];[2]

---

[1] The last four digits of the Taxpayer Registration Number or Tax ID, as applicable, of each of the Debtors follow in parentheses: (a) Lupatech S.A. (01-12); (b) Jefferson Solenoidbras Ltda (01-52); (c) Lupatech – Equipamentos e Serviços para Petróleo Ltda (01-04); (d) Lupatech Finance Limited (none); and (e) Mipel Indústria e Comércio de Válvulas Ltda (01-00). The Debtors' collective executive headquarters is located at Building C, Rodovia Anhanguera, Km 199 at Rua Arnaldo J. Mauerberg, Distrito Industrial, 13460-000, Nova Odessa – SP, Brazil.

- **Foreign Representative's Motion for an Order Directing Joint Administration of the Debtors' Chapter 15 Cases** [Doc. No. 2];

- **Foreign Representative's Statement in Support of Chapter 15 Petitions for Recognition of a Foreign Proceeding** [Doc. No. 3];

- **Foreign Representative's Motion for an Order Authorizing the Filing of a Consolidated List of Foreign Proceeding Administrators, Litigation Parties, and Entities Against Whom Provisional Relief is Sought** [Doc. No. 4];

- **Foreign Representative's Motion for Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice** [Doc. No. 5];

- **Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of a Foreign Proceeding** [Doc. No. 6];

- **Declaration of Ricardo Doebeli in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Proceeding, and (III) Certain Related Relief** [Doc. No. 8]; and

- **Affidavit of Douglas P. Bartner, Esq., in Support of Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of a Foreign Proceeding** [Doc. No. 9].

/s/ Scott Bogucki
Scott Bogucki

Sworn to before me this 23rd day of
May, 2014

/s/ Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23, 2017

---

[2] Together with the above-captioned lead case, the Debtors also filed petitions on the following dockets: (a) Jefferson Solenoidbras Ltda, No. 14-11562 (SMB); (b) Lupatech – Equipamentos e Serviços para Petróleo Ltda, No. 14-11560 (SMB); (c) Lupatech Finance Limited, No. 14-11563 (SMB); and (d) Mipel Indústria e Comércio de Válvulas Ltda, No. 14-11561 (SMB).

2

# EXHIBIT A

| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>TIMOTHY B. DESIENO<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4689<br>email: tim.desieno@bingham.com | BNY MELLON<br>ATTN: MATT BARTEL / J. WHITEHOUSE<br>3RD FLOOR<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259<br>email: PGHEVENTCREATION@BNYMELLON.Com;<br>CHRISTOPHER.R.JANOSIK@BNYMELLON.COM; ADAM.SOUPLY@BNYMELLON.COM;<br>pgh_caa_team@bnymellon.com; brucacontact@bnymellon.com; |
| BROWN BROTHERS HARRIMAN & CO<br>ATTN CORPORATE ACTIONS<br>525 WASHINGTON BLVD<br>NEW PORT TOWERS<br>JERSEY CITY, NJ 07302<br>email: CORPORATE.ACTIONS.PROXY@BBH.COM; MICHAEL.LERMAN@BBH.COM;<br>CALEB.LANFEAR@BBH.COM; TROY.LOPEZ@BBH.COM;<br>MICHELLE.CARABALLO@BBH.COM; MAVIS.LUGUE@BBH.COM; | CEDE & CO.<br>PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK, NY 10274<br>email: mandatoryreorgannouncements@dtcc.com; voluntaryreorgannouncements@dtcc.com |
| CITIBANK, NA<br>ATTN CORP ACTIONS & PROXY DEPT<br>3800 CITIBANK CENTER B3-12<br>TAMPA, FL 33610<br>email: GTS.CAEC.TPA@CITI.COM; CARL.WEBB@CITI.COM;<br>WEIYING.BEELER@CITI.COM; CA_Luxembourg@clearstream.com; PCP@clearstream.com;<br>ca_mandatory.events@clearstream.com; | COR CLEARING<br>C/O MEDIANT COMMUNICATIONS LLC<br>200 REGENCY FOREST DRIVE<br>SUITE 110<br>CARY, NC 27518<br>email: DOCUMENTS@MEDIANTONLINE.COM; |
| EMMET, MARVIN & MARTIN, LLP<br>EDWARD P. ZUJKOWSKI<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK, NY 10271<br>email: ezujkowski@emmetmarvin.com | FIRST CLEARING, LLC<br>ATTN MATT BUETTNER OR MATT OPPELT<br>REORG DEPARTMENT<br>ONE NORTH JEFFERSON ST<br>ST LOUIS, MO 63103<br>email: CHRISTOPHER.PILARSKI@FIRSTCLEARING.COM;<br>EDWARD.MURRAY-DAHNIR@WELLSFARGOADVISORS.COM;<br>MATT.BUETTNER@WFADVISORS.COM; LUKER@FOLIOINVESTING.COM; |
| JP MORGAN CHASE BANK, NA<br>ATTN INFORMATION SERVICES<br>14201 DALLAS PKWY 1 JIP<br>DALLAS, TX 75254<br>email: JPMORGANINFORMATION.SERVICES@JPMORGAN.COM;<br>NICHOLAS.DRESCHER@JPMORGAN.COM; drit@euroclear.com;<br>JPM_Dallas_Voluntary_Reorg@jpmchase.com; | JP MORGAN CLEARING CORP<br>ATTN ADAM LUTTRULL<br>14201 NORTH DALLAS PKWY, 12TH FLOOR<br>DALLAS, TX 75254-2916<br>email: ADAM.M.LUTTRULL@JPMORGAN.COM;CHRISTIAN.GARCIA@JPMORGAN.COM; |
| JP MORGAN CLEARING CORP<br>ATTN PAUL ROMERO ZAMUDIO AND STEPHEN MANER<br>3 CHASE METROTECH CENTER<br>PROXY DEPT./NY1-H034<br>BROOKLYN, NY 11245<br>email: RAUL.ZAMUDIOROMERO@JPMORGAN.COM; STEPHEN.D.MANER@JPMORG | LUPATECH S.A.<br>ATTN: RICARDO DOEBELI<br>BUILDING C, RODOVIA ANHANGUERA, KM 199<br>RUA ARNALDO J. MAUERBERG, DISTRITO INDUSTRIAL<br>NOVA ODESSA - SP 13460-000<br>email: ricardo.doebeli@lupatech.com.br |
| MERRILL LYNCH<br>ATTN CORPORATE ACTIONS DEPT<br>4804 DEER LAKE DR. E<br>BLDG 3 4TH FL<br>JACKSONVILLE, FL 32246<br>email: CPACTIONSLITIGATION@ML.COM; FRED.CULVYHOUSEIII@BAML.COM;<br>CATHERINE.CHANGCO@BAML.COM; | MORGAN STANLEY SMITH BARNEY LLC<br>ATTN SUZANNE MUNDLE<br>HARBORSIDE FINANCIAL CENTER<br>PLAZA 2, 7TH FLOOR<br>JERSEY CITY, NJ 07311<br>email: DAVID.SAFRAN@MSSB.COM; GWM.PROXY.SERVICES@MS.COM |

MORGAN STANLEY SMITH BARNEY LLC
ATTN VOLUNTARY CORPORATE ACTIONS
1 NEW YORK PLAZA, 39TH FLOOR
NEW YORK, NY 10004
email: KERRY.ROBERTS@MS.COM;

NATIONAL FINANCIAL SERVICES LLC
ATTN REORG
499 WASHINGTON BLVD
5TH FLOOR
JERSEY CITY, NJ 07310
email: REORGANIZATION@FMR.COM; PAUL.GALENO@FMR.COM;
PAUL.GRACEFFA@FMR.COM;

PERSHING LLC
ATTN CORPORATE ACTIONS
AL HERNANDEZ OR CHRISTOPHER VARGUS
1 PERSHING PLAZA
JERSEY CITY, NJ 07399
email: LSANTIAGO@PERSHING.COM; AHERNANDEZ@PERSHING.COM;
CVARGUS@PERSHING.COM;

RAYMOND JAMES & ASSOCIATES, INC
ATTN CORPORATE ACTIONS
880 CARILLON PARKWAY
P.O. BOX 12749
ST PETERSBURG, FL 33716
email: CORPORATEACTIONS@RAYMONDJAMES.COM;
RON.LEE@RAYMONDJAMES.COM; DENISE.SAMSON@RAYMONDJAMES.COM;

RBC CAPITAL MARKETS, LLC
ATTN CORP ACTIONS/PROXY/REORG DEPT
ATTN STEVE SCHAFER SR, ASSOCIATE
60 S 6TH ST
MINNEAPOLIS, MN 55402
email: REORGMAILGROUP@RELICO.COM; STEVE.SCHAFER@RBC.COM;
AMANDA.MEYER@RBC.COM;

RBC DOMINION SECURITIES INC
ATTN MEELING BOOS/MIKE HENLEY
200 BAY ST ROYAL BK PLAZA
P.O. BOX 50
TORONTO ON M5J 2W7 CANADA
email: REORGMAILGROUP@RELICO.COM; MNREORGNOTICES@RBC.COM;
MIKE.HENLEY@RBC.COM; MEELING.BOOS@RBC.COM;

SECURITIES & EXCHANGE COMMISSION
ATTN CHAIRMAN OR GENERAL COUNSEL
100 F ST NE
WASHINGTON, DC 20549
email: chairmanoffice@sec.gov

SECURITIES & EXCHANGE COMMISSION
ATTN GENERAL COUNSEL, SEC HEADQUARTERS
450 5TH ST NW
WASHINGTON, DC 20549
email: chairmanoffice@sec.gov

SHEARMAN & STERLING LLP
DOUGLAS P. BARTNER
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: dbartner@shearman.com

SHEARMAN & STERLING LLP
ROBERT A. BRITTON
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: robert.britton@shearman.com

TD AMERITRADE CLEARING, INC
ATTN CORPORATE ACTIONS
1005 N. AMERITRADE PLACE
BELLEVUE, NE 68005
email: SCOTT.ZABLOUDIL@TDAMERITRADE.COM;
NISHIT.DESAI@TDAMERITRADE.COM;

UBS SECURITIES LLC
ATTN LEIGH EDWARDS
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310
email: DL-STAMFORDCORPACTIONS@UBS.COM; OL-EVENTMANAGEMENT@UBS.COM
Leigh.Edwards@ubs.com; gregory.contaldi@ubs.com;

# EXHIBIT B

| | |
|---|---|
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE |
| 15TH & PENNSYLVANIA AVE NW | CENTRALIZED INSOLVENCY OPERATION |
| WASHINGTON, DC 20005 | PO BOX 7346 |
| | PHILADELPHIA, PA 19101 |

# EXHIBIT C

OFFICE OF THE UNITED STATES TRUSTEE
ANDREA SCHWARTZ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET UNIT 1006
NEW YORK, NY 10014